**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PAUL E. FRAUENHOFFER and
DONNA DYSON,

        Plaintiffs,

vs.                                      Case No. 5:12-cv-68-Oc-32TBS

BANK OF AMERICA, N.A.,

        Defendant.

**ORDER**

Upon review, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2.    This case is **dismissed** for lack of subject matter jurisdiction.

3.    The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas B. Smith
United States Magistrate Judge

counsel of record